**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6334**

ROBERT LEON WHITE,

Plaintiff - Appellant,

versus

POLICE DEPARTMENT; SHERIFF'S DEPARTMENT OF
LUNENBURG COUNTY OR VICTORIES COUNTY; W. D.
ADAMS, Sheriff; P. STOKES, Sheriff; J. F.
WHITLOW, Sargeant; A. TOWNSON, Sheriff; JESSIE
CARTER, Chief of Police,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge.  (CA-96-110-AM)

Submitted:  May 16, 1996                  Decided:  June 6, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Leon White, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. White v. Police Dep't, No. CA-96-110-AM (E.D. Va. Jan. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED